NOT FOR PUBLICATION (Docket No. 81)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____

OLIVER MUZSLAY,

        Plaintiff, : Civil No. 01-4838 (RBK/AMD)

        v. : **ORDER**

CITY OF OCEAN CITY, et al,

        Defendants.
_____

**KUGLER**, United States District Judge:

    **THIS MATTER** having come before the Court on a motion to enforce settlement and an application for counsel fees by Defendants City of Ocean City, Henry Knight, and Dominick Longo (collectively, "Defendants"); and the Court having considered the moving papers and opposition thereto, and the argument before the Court on April 1, 2009; and for the reasons expressed by the Court on the record on that date;

    **IT IS HEREBY ORDERED** that Defendants' motion to enforce the settlement of this matter by and between the parties is **GRANTED**; and

    **IT IS FURTHER ORDERED** that Defendants, including their insurance carrier, are not required to sign any agreement in furtherance of the previously agreed upon settlement, nor any other agreement beyond that which has already been executed by the parties; and

    **IT IS FURTHER ORDERED** that Defendants forward payment, in the amount of $450,000, the amount agreed upon by the parties, to the Prudential Assigned Settlement Services

1

Corporation; and

      **IT IS FURTHER ORDERED** that, in furtherance of above, Plaintiff Oliver Muzslay ("Plaintiff") supply to Defendants' counsel the W-9 and tax identification number of the Prudential Assigned Settlement Services Corporation, as well as instructions for delivery of payment; and

      **IT IS FURTHER ORDERED** that Defendants' application for counsel fees is **DENIED**.


Dated:   4-1-09                                                       s/ Robert B. Kugler
                                                                                    ROBERT B. KUGLER
                                                                                    United States District Judge